AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

United States of America )
v. )
_Monty Simmons_ ) Case No. 2:24-PO-0396 CKD
Defendant )

**FILED**
Dec 10, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

x _Monty Simmons_
Defendant's signature

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

x _Monty Simmons_
Defendant's signature

The United States consents to the jury-trial waiver: _____
Government representative's signature

_____
Government representative's printed name and title

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

x _Monty Simmons_
Defendant's signature

Linda Harter
Printed name of defendant's attorney (if any)

_[signature]_
Signature of defendant's attorney (if any)

Date: 12/10/24

Approved by: _[signature]_
Magistrate Judge's signature